COURT OF APPEALS









COURT
OF APPEALS

EIGHTH
DISTRICT OF TEXAS

EL
PASO, TEXAS

 

                                                                              )

                                                                              )

                                                                              )

                                                                              )              No.  08-05-00194-CV

                                                                              )

IN
RE:  CHARLES J. DAVILA                            )                   AN ORIGINAL

                                                                              )

                                                                              )     PROCEEDING IN MANDAMUS

                                                                              )

                                                                              )     

                                                                              )

 

OPINION  O
N  PETITION  FOR 
WRIT  OF  MANDAMUS

 

Relator, Charles J. Davila, asks this Court to issue a writ
of mandamus against the Honorable Patricia Macias, Judge of the 388th District
Court of El Paso County.  Mandamus will
lie only to correct a clear abuse of discretion.  Walker v. Packer, 827 S.W.2d 833, 840
(Tex. 1992)(orig. proceeding).  Moreover, there must be no other adequate
remedy at law.  Id.  Based on the record before us, we are unable
to conclude that Respondent clearly abused her discretion.  Accordingly, we deny mandamus relief.  See Tex.R.App.P. 52.8(a).

 

 

 

June
9, 2005

DAVID WELLINGTON
CHEW, Justice

 

Before Barajas, C.J., McClure, and Chew, JJ.